IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SCOTTSDALE INSURANCE COMPANY | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| RSE INC. | : | NO. 14-3920 |

ORDER

AND NOW, this 14th day of October, 2014, upon consideration of defendant RSE, Inc.'s motion to dismiss (docket entry #7) and memorandum in support thereof, and plaintiff Scottsdale Insurance Company's response in opposition thereto, and for the reasons stated in the accompanying Memorandum, it is hereby ORDERED that:

1.  Defendant's motion to dismiss is DENIED; and

2.  Defendant shall ANSWER plaintiff's complaint by noon on October 28, 2014.

BY THE COURT:

 /s/ Stewart Dalzell, J.
Stewart Dalzell, J.