IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SCOTTSDALE INSURANCE COMPANY | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| REFRIGERATION, SERVICE AND ENGINEERING, INC. | : | |
| v. | : | |
| | : | |
| GERHART, HARTMAN & RITNER, and MARK A. FLUHARTY | : | NO. 14-3920 |

ORDER

AND NOW, this 9th day of April, 2015, upon consideration of plaintiff Scottsdale Insurance Company's motion for summary judgment (docket entry #26), defendant Refrigeration, Service and Engineering, Inc.'s response in opposition thereto, and plaintiff's reply, and for the reasons stated in our Memorandum this day, it is hereby ORDERED that:

1. Plaintiff's motion for summary judgment (docket entry #26) is DENIED WITHOUT PREJUDICE;

2. The parties shall COMPLETE discovery by July 10, 2015;

3. The parties shall by noon on July 17, 2015 jointly INFORM[1] the Court whether they intend to file any motions for summary judgment or will proceed to trial;

4. Further scheduling shall ABIDE the parties' report; and

---

[1] The parties may inform the Court of their intentions via facsimile, (215) 580-2156.

5.	The Clerk of Court shall TRANSFER this case from our Active Docket to our Civil Suspense Docket pending the parties' report.[2]

BY THE COURT:

_/s/ Stewart Dalzell, J.
Stewart Dalzell, J.

---

[2] If at any time the parties wish to attempt mediation with the Hon. Jacob P. Hart, our Magistrate Judge, they may also jointly inform the Court via facsimile